IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLARISSA GRIMES, individually and on behalf of similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 22-1682<br>Judge Smith |

## STIPULATIONS OF FACT

For purposes of a motion for notice to similarly-situated employees, the parties hereby stipulate to the following facts:

1. Plaintiff claims that, as a detailee from the Department of Justice (DOJ) to the Department of Health and Human Services' Office of Refugee Resettlement Unaccompanied Children Program, she was entitled to time-and-one-half overtime pay under the Fair Labor Standards Act (FLSA).

2. Plaintiff was one of several dozen detailees from the DOJ to the Department of Health and Human Services' Office of Refugee Resettlement Unaccompanied Children Program during the past three years.

3. At least some of the other DOJ detailees to Operation Artemis worked overtime hours while on detail, but did not receive time-and-one-half overtime pay for such overtime work.

2

4. With respect to the claims set forth in the complaint, Plaintiff is likely to be similarly situated to employees who meet the following criteria: (1) they were employed by DOJ; (2) they were classified as FLSA exempt; (3) At some point within the past three years, as a DOJ employee, they went on a detail through the Department of Health and Human Services' Office of Refugee Resettlement Unaccompanied Children Program; (4) while on detail, they performed any of the following positions/duties, or any similar position/duty: Youth Care Worker; Onsite Volunteer Coordinator; Youth Care Volunteer; Case Management Volunteer; Line of Sight (LOS); Child Supervision; Spanish Translator; Phone Center Support; Unaccompanied Children (UC) Discharge Reports; Serious Incident Report; Medical Records Management; Case Manager; ESL Teacher to Afghan women; Clothing Distribution; Discharge Coordinator; Transportation Coordinator; Case Management; Transportation Assistance; Records Management Specialist; SIR Reviewer; Lead SIR Reviewer; Approvals Box; Medical Transport Driver; Medical Support Team; and COR Support Team.

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel M. Rosenthal<br>Daniel M. Rosenthal<br>JAMES & HOFFMAN, P.C.<br>1629 K Street, NW<br>Suite 1050<br>Washington, District of Columbia 20006<br>202-496-0500<br>dmrosenthal@jamhoff.com<br><br>Angela L. Walker (MI P67625)<br>BLANCHARD & WALKER, PLLC<br>221 North Main Street, Suite 300 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/ Steven J. Gillingham<br>STEVEN J. GILLINGHAM<br>Assistant Director<br><br>s/ Andrew Hunter<br>ANDREW HUNTER<br>Trial Attorney |

Ann Arbor, MI 48104  
(734) 929-4313  
walker@bwlawonline.com

*Attorneys for Plaintiff and the Collective*

U.S. Department of Justice  
Civil Division  
Commercial Litigation Branch  
P.O. Box 480  
Ben Franklin Station  
Washington, D.C. 20044  
Telephone: (202) 305-4726  
Facsimile: (202) 514-8624  
Email: andrew.hunter@usdoj.gov

*Attorneys for the United States*

Dated: April 27, 2023