# In the United States Court of Federal Claims

No. 22-1682
Filed: May 9, 2023

| | |
|---|---|
| CLARISSA GRIMES, *individually and on behalf of similarly situated persons*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

On April 27, 2023, plaintiff filed an unopposed motion for notice asking this Court to authorize notice to similarly situated individuals under Section 216(b) of the Fair Labor Standards Act ("FLSA"). *See generally* Plaintiff's Unopposed Motion for Notice, ECF No. 14 (citing 29 U.S.C. § 216(b)) [hereinafter Pl.'s Mot.]. Plaintiff is a former employee of the U.S. Department of Justice ("DOJ") who was detailed in 2021 to the Department of Health and Human Services Office of Refugee Resettlement Unaccompanied Children Program. *See* Complaint at 5, ECF No. 1 [hereinafter Compl.]. Plaintiff is pursuing claims against the United States on behalf of herself and similarly situated employees alleging that, while their ordinary job duties at DOJ are exempt from the FLSA, they performed non-exempt duties on their deployment detail and were thus entitled to time-and-one-half overtime pay. *See* Compl. at 2–3 (citing 5 C.F.R. § 551.211(e)).

Plaintiff may bring a claim on behalf of herself and others that are similarly situated. 29 U.S.C. § 216(b). Those similarly situated may give their consent to joining an FLSA collective action through a joinder notice. To inform those that may be similarly situated, the Court "oversee[s] the joinder of additional parties" through a notice to potential litigants. *See Hoffman-La Roche Inc. v. Sperling,* 493 U.S. 165, 170–171 (1989). The Court's "managerial responsibility" for facilitating joinders via notice ensures the process of joining plaintiffs to class actions are "accomplished in an efficient and proper way." *See id.* Here, plaintiff requests that the Court grant her unopposed Motion and approve the parties' agreed-upon notice. Pl.'s Mot. at 1, 5–6; *see also* Pl.'s Mot., Exhibit A (Proposed Notice).

For good cause shown, plaintiff's Motion for Notice is **GRANTED**. The Notice set forth as Exhibit A to Plaintiff's Motion for Notice is approved for distribution in accordance with the procedures outlined in plaintiff's Motion and summarized below:

Defendant will provide plaintiff's counsel the names, email, and postal addresses of potential plaintiffs within 20 days of the date the Court enters an order granting this motion. Plaintiff's counsel will then promptly send the notice by email and first-class mail along with an enclosed self-addressed stamped envelope to potential plaintiffs for return by no later than 90 days from the date the notice is mailed. Plaintiff's counsel will advise the Court and defendant's counsel when the notice has been sent and the deadline for returning consent forms.

The email will contain only the Court-approved notice and no other language. The subject line of the email will be "Legal Notice and Opportunity to Join Lawsuit." The envelope sending the notice to postal addresses will contain only the Court-approved notice and will have printed on the outside "Legal Notice and Opportunity to Join Lawsuit." To the extent the notice is undeliverable to potential plaintiffs' email or postal addresses, if necessary, the parties will confer within no more than five business days of plaintiffs' counsel so notifying defendant's counsel.

After notice is sent once by email and first-class mail, plaintiff's counsel may send a second notice. The second notice will be identical to the first notice, except that plaintiff's counsel may update the number of plaintiffs in the case at the time the second notice is sent. The second notice will be sent by first-class mail and email to potential plaintiffs from whom they have not received a consent form approximately 20 days before the deadline for receipt of consent forms. Plaintiff will bear the cost of sending a second postal mailing or email, which will not be reimbursed by defendant.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge