## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLARISSA GRIMES, individually and on behalf of similarly situated persons,<br><br>     Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. 22-1682<br>Judge Smith |

### PLAINTIFF'S NOTICE OF ADDITIONAL PARTY-PLAINTIFFS AND CONSENT TO SUE FORMS

Now come the plaintiff in the above-captioned civil action and notify the Court that pursuant to 29 U.S.C. § 216(b) and Rule 20 of the Rules of the U.S. Court of Federal Claims, plaintiff is herewith adding the following individual as a party-plaintiff:

- Gail Brehm Geiger— Plaintiff No. 12

The consent form signed by the above-named plaintiff is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Daniel M. Rosenthal*
Daniel M. Rosenthal
James & Hoffman, P.C.
1629 K Street NW, Suite 1050
Washington, DC 20006
Tel: (202) 496-0500
Fax: (202) 496-0555
dmrosenthal@jamhoff.com
*Counsel for Plaintiff*

Date: June 27, 2023