# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLARISSA GRIMES, individually and on behalf of similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 22-1682<br>Judge Smith |

## PLAINTIFF'S NOTICE OF ADDITIONAL PARTY-PLAINTIFFS AND CONSENT TO SUE FORMS

Now come the plaintiff in the above-captioned civil action and notify the Court that pursuant to 29 U.S.C. § 216(b) and Rule 20 of the Rules of the U.S. Court of Federal Claims, plaintiff is herewith adding the following individual as a party-plaintiff:

- Timothy Jeffries— Plaintiff No. 14

The consent form signed by the above-named plaintiff is attached hereto as Exhibit A.

                                              Respectfully submitted,

                                              */s/ Daniel M. Rosenthal*
                                              Daniel M. Rosenthal
                                              James & Hoffman, P.C.
                                              1629 K Street NW, Suite 1050
                                              Washington, DC 20006
                                              Tel: (202) 496-0500
                                              Fax: (202) 496-0555
                                              dmrosenthal@jamhoff.com
Date: July 17, 2023                                *Counsel for Plaintiff*