# Exhibit A

**CONSENT TO JOIN**

1.  Within the past three years:

    - I was employed by the Department of Justice (DOJ)
    - I was classified as exempt from the Fair Labor Standards Act (FLSA)
    - I went on detail to the Department of Health and Human Services Office of Refugee Resettlement Unaccompanied Children Program
    - While on detail, I performed any of the following positions/duties, or any similar position/duty: Youth Care Worker; Onsite Volunteer Coordinator; Youth Care Volunteer; Case Management Volunteer; Line of Sight (LOS); Child Supervision; Spanish Translator; Phone Center Support; Unaccompanied Children (UC) Discharge Reports; Serious Incident Report; Medical Records Management; Case Manager; ESL Teacher to Afghan women; Clothing Distribution; Discharge Coordinator; Transportation Coordinator; Case Management; Transportation Assistance; Records Management Specialist; SIR Reviewer; Lead SIR Reviewer; Approvals Box; Medical Transport Driver; Medical Support Team; and COR Support Team.

2.  While on detail, I worked more than eight hours in a day at least once, or more than 40 hours during at least one week, and did not receive time-and-one-half overtime pay for that work.

3.  I consent to be a claimant in litigation under the Fair Labor Standards Act as part of the lawsuit *Grimes v. United States of America,* Case No. 22-1682, in the U.S. Court of Federal Claims. I understand that I will be bound by any judgment by the Court or settlement of this action.

4.  I designate the named Plaintiff and her counsel to make decisions regarding this lawsuit on my behalf, and I authorize the law firms of James & Hoffman, P.C. and Blanchard & Walker, PLLC to represent me in this matter. I consent to be bound by the retainer agreement signed by the named Plaintiff.

Signature: *Nicole Green*

Name: _Nicole Green_                         Date: _8/1/23_

Email: _KALLAHT@aol.com_

Phone number: _202.288.0541_

Return this form by email to dmrosenthal@jamhoff.com or to the address set forth in the notice.

5