## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLARISSA GRIMES, individually and on behalf of similarly situated persons,<br><br>      Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 22-1682<br>Judge Smith |

## JOINT STATUS REPORT

In accordance with the Scheduling Order issued on February 27, 2024 (ECF No. 29), the parties submit this joint status report.

The parties are currently negotiating a settlement. They have reached tentative agreement on some potential settlement terms, but are still discussing additional elements of the settlement.

The parties therefore propose that they submit a further status report on June 3, 2024, regarding the status of settlement discussions.

In addition, the parties advise the court that, to the extent the parties do not reach a settlement, additional discovery will likely be needed.

                                            Respectfully submitted,

| | |
|---|---|
| /s/ Daniel M. Rosenthal<br>Daniel M. Rosenthal<br>JAMES & HOFFMAN, P.C.<br>1629 K Street, NW<br>Suite 1050<br>Washington, DC 20006<br>202-496-0500 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/ Steven J. Gillingham |

dmrosenthal@jamhoff.com

Angela L. Walker (MI P67625)
BLANCHARD & WALKER, PLLC
221 North Main Street, Suite 300
Ann Arbor, MI 48104
(734) 929-4313
walker@bwlawonline.com

*Attorneys for Plaintiff and the Collective*

Dated: May 3, 2024

STEVEN J. GILLINGHAM
Assistant Director

<u>s/ Andrew Hunter</u>
ANDREW HUNTER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4726
Facsimile: (202) 514-8624
Email:  andrew.hunter@usdoj.gov

*Attorneys for the United States*