IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLARISSA GRIMES, individually and on behalf of similarly situated persons,<br><br>   Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 22-1682 C<br>) Senior Judge Smith<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

  Please enter the appearance of _____Laura O. Aradi_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Laura O. Aradi
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

s/ Laura O. Aradi
LAURA O. ARADI
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 514-4151
Facsimile: (202) 305-7644
Email: Laura.O.Aradi@usdoj.gov

Dated: June 4, 2024