# In the United States Court of Federal Claims

No. 22-1682

Filed: June 18, 2024

|  |  |
|---|---|
| CLARISSA GRIMES, *individually and on behalf of similarly situated persons*, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

**ORDER**

On June 3, 2024, the parties filed a Joint Status Report informing the Court that they "have reached a tentative agreement on settlement," but "the Government's review of the settlement is ongoing." *See* Joint Status Report at 1, ECF No. 32. The parties proposed to submit another status report on July 3, 2024, to inform the Court of further developments. Accordingly, the parties **SHALL** file a joint status report on or before **July 3, 2024**, and every thirty days thereafter.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge