IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLARISSA GRIMES, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)    No. 22-1682<br>)    Senior Judge Smith<br>)<br>)<br>) |

## JOINT STATUS REPORT

In accordance with the Order issued on June 18, 2024 (ECF No. 34), the parties submit this joint status report.

Government's counsel has completed the detailed settlement memorandum required for submission of the settlement to the Authorized Representative of the Attorney General. Counsel also has completed the Government's draft of a settlement agreement, and has forwarded it to plaintiffs' counsel for their consideration.

The parties will submit a further status report in 30 days pursuant to the Court's Order.

Respectfully submitted,

/s/ Daniel M. Rosenthal
Daniel M. Rosenthal
Alice C. Hwang
JAMES & HOFFMAN, P.C.
1629 K Street, NW, Suite 1050
Washington, DC 20006
(202) 496-0500
dmrosenthal@jamhoff.com
achwang@jamhoff.com

Angela L. Walker (MI P67625)
BLANCHARD & WALKER, PLLC
221 North Main Street, Suite 300
Ann Arbor, MI 48104

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Laura Offenbacher Aradi
LAURA OFFENBACHER ARADI
Trial Attorney
Commercial Litigation Branch

1

(734) 929-4313  
walker@bwlawonline.com

*Attorneys for Plaintiff and the Collective*

Civil Division  
U.S. Department of Justice  
P.O. Box 480  
Ben Franklin Station  
Washington, D.C. 20044  
Tel. (202) 514-4151  
E-mail Laura.O.Aradi@usdoj.gov

*Attorneys for the United States*

July 3, 2024