IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLARISSA GRIMES, individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 22-1682<br>)  Senior Judge Smith<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

In accordance with the Order issued on June 18, 2024 (ECF No. 34), the parties submit this joint status report.

The parties have fully executed a settlement agreement and are gathering the necessary information for payment to occur.

The parties will submit a further status report in 30 days pursuant to the Court's Order.

                                                  Respectfully submitted,

/s/ Daniel M. Rosenthal  
By: Alice C. Hwang  
Daniel M. Rosenthal  
Alice C. Hwang  
JAMES & HOFFMAN, P.C.  
1629 K Street, NW, Suite 1050  
Washington, DC 20006  
(202) 496-0500  
dmrosenthal@jamhoff.com  
achwang@jamhoff.com  

Angela L. Walker (MI P67625)  
BLANCHARD & WALKER, PLLC  
221 North Main Street, Suite 300  
Ann Arbor, MI 48104  
(734) 929-4313  
walker@bwlawonline.com  

BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General  

PATRICIA M. McCARTHY  
Director  

s/ Steven J. Gillingham  
STEVEN J. GILLINGHAM  
Assistant Director  

s/ Laura Offenbacher Aradi  
LAURA OFFENBACHER ARADI  
Trial Attorney  
Commercial Litigation Branch  
Civil Division  
U.S. Department of Justice  
P.O. Box 480  
Ben Franklin Station  

1

*Attorneys for Plaintiff and the Collective*   Washington, D.C. 20044
Tel. (202) 514-4151
E-mail Laura.O.Aradi@usdoj.gov

*Attorneys for the United States*

August 2, 2024