IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CLARISSA GRIMES, individually and on behalf of similarly situated persons, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 22-1682 |
| | ) | Senior Judge Smith |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

In accordance with the Order issued on June 18, 2024 (ECF No. 34), the parties submit this joint status report.

The parties have submitted to the Judgment Fund all of the necessary information for payment to occur and are waiting for payment.

The parties will submit a further status report in 30 days pursuant to the Court's Order.

Respectfully submitted,

/s/ Daniel M. Rosenthal
By: Alice C. Hwang
Daniel M. Rosenthal
Alice C. Hwang
JAMES & HOFFMAN, P.C.
1629 K Street, NW, Suite 1050
Washington, DC 20006
(202) 496-0500
dmrosenthal@jamhoff.com
achwang@jamhoff.com

Angela L. Walker (MI P67625)
BLANCHARD & WALKER, PLLC
221 North Main Street, Suite 300
Ann Arbor, MI 48104
(734) 929-4313
walker@bwlawonline.com

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Laura Offenbacher Aradi
LAURA OFFENBACHER ARADI
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station

1

*Attorneys for Plaintiff and the Collective*   Washington, D.C. 20044
Tel. (202) 514-4151
E-mail Laura.O.Aradi@usdoj.gov

*Attorneys for the United States*

September 3, 2024