## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CLARISSA GRIMES, individually and on behalf of similarly situated persons,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 22-1682<br>Senior Judge Smith |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the parties have settled the underlying dispute and this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims.

|  | Respectfully submitted, |
|---|---|
| /s/ Daniel M. Rosenthal<br>Daniel M. Rosenthal<br>James & Hoffman, P.C.<br>1629 K Street, NW, Suite 1050<br>Washington, DC 20006<br>(202) 496-0500<br>dmrosenthal@jamhoff.com<br><br>Angela L. Walker (MI P67625)<br>Blanchard & Walker, PLLC<br>221 North Main Street, Suite 300<br>Ann Arbor, MI 48104<br>(734) 929-4313<br>walker@bwlawonline.com<br><br>*Attorneys for Plaintiff and the Collective* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/ Steven J. Gillingham<br>STEVEN J. GILLINGHAM<br>Assistant Director<br><br>s/ Laura Offenbacher Aradi<br>LAURA OFFENBACHER ARADI<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch |

                                                    P.O. Box 480  
                                                    Ben Franklin Station  
                                                    Washington, D.C. 20044  
                                                    Telephone: (202) 514-4151  
                                                    Email:  Laura.O.Aradi@usdoj.gov

Dated: October 1, 2024                                 *Attorneys for the United States*